UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

DR. GERALD FINKEL,

               Plaintiff,                      **ORDER**
                                                     **09 CV 3291 (JG)(LB)**

          -against-

K & R ELECTRIC COMPANY, INC.,

               Defendant.

-------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

      Plaintiff, Dr. Gerald Finkel, initiated this ERISA action on July 30, 2009 against K & R Electric Company, Inc. Document 1. Plaintiff's proof of service reflects that defendant was served on August 13, 2009, Document 2; however, as of this date, no response to the complaint has been filed. If this case has been resolved, plaintiff shall immediately notify the Court and discontinue the case. Otherwise, plaintiff shall take the appropriate steps to move this case forward.

SO ORDERED.

                                                       /Signed by Judge Lois Bloom/
                                                       LOIS BLOOM
                                                       United States Magistrate Judge

Dated: December 14, 2009
       Brooklyn, New York